THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS S. CLARKSON MEMORIAL COLLEGE OF TECHNOLOGY, Respondent, against LESLIE E. HAGGETT et al., as Assessors of the Town of Potsdam, Appellants.

Argued November 22, 1949; decided December 29, 1949.

*Charles D. Campbell* and *Philip H. Nelson* for appellants.

*Marcus G. Christ, Ralph A. Lehr* and *Charles T. Major* for County Officers' Association of the State of New York, *amicus curiæ*, in support of appellants' position.

*George R. Brennan, John L. Delius* and *Charles H. Newman* for Association of Towns of the State of New York, *amicus curiæ*, in support of appellants' position.

*John H. Galloway, Jr., Corporation Counsel (John Preston Phillips* of counsel), for City of Yonkers, *amicus curiæ*, in support of appellants' position.

*Seth T. Cole* and *Frank L. Cubley* for respondent.

*Allan R. Campbell* and *Joseph J. O'Connell* for Sarah Lawrence College, *amicus curiæ*, in support of respondent's position.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and BROMLEY, JJ.